UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-134-FL

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| JEFFREY BELANGER | |

On motion of the Defendant, Jeffrey Belanger, and for good cause shown, it is hereby ORDERED that the **[DE #23]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 15th day of October, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge