PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

**U.S.A. vs. Jeffrey Belanger**                                        **Docket No. 5:13-CR-134-1FL**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Van R. Freeman, Jr., probation officer of the court, presenting an official report upon the conduct of defendant, Jeffrey Belanger, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Fayetteville, NC, on the 23rd day of May 2013, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Eastern District of North Carolina

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from any use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

- Participate in one of the following location monitoring programs components and abide by its requirements as the pretrial services officer or supervising officer instructs.

    Curfew. You are restricted to your residence every day as directed by the pretrial services office or supervising officer.

    Home detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervision officer pending

Belanger, J.
PS8 Pg. 2

    installation of remote alcohol testing system, pending installation of remote alcohol testing system.

- Submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the supervising officer related to the proper operation of the technology.

    The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising officer determines.

    Location monitoring technology as directed by the pretrial services office or supervising officer.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

- Not to operate a motor vehicle on public highways, streets, or public vehicular areas.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has shown no indications of alcohol use in the last five months. Given his full cooperation with the alcohol monitoring and alcohol abstinence, we recommend that the remote alcohol monitoring and location monitoring conditions be removed from the defendant's conditions of release. Should we observe any indications of alcohol use, we will seek to have these conditions reinstated.

**PRAYING THAT THE COURT WILL ORDER**

That the conditions regarding remote alcohol testing and location monitoring be stricken.

            /s/ Van R. Freeman, Jr.
            Senior U.S. Probation Officer
            310 Dick Street
            Fayetteville, NC 28301-5730
            Phone: (910) 483-8613
            Executed On: October 24, 2013

**ORDER OF COURT**

Considered and ordered this __25th__ day of _____October_____, 2013, and ordered filed and made a part of the records in the above case.

_James E. Gates_
United States Magistrate Judge