**FILED IN OPEN COURT**

ON  11/6/14  SWT

Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-134-1FL

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| JEFFREY BELANGER | |

On motion of the Defendant, Jeffrey Belanger, and for good cause shown, it is hereby

ORDERED that the **[DE #51]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 6ᵗ day of November, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge